Fax sent by :                                                                    10-25-07 10:08    Pg: 4/6

IN THE CIRCUIT COURT OF THE 9TH
JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

LAWRENCE RUMBOUGH
    Plaintiff

CASE NO. 48-2007-CA-12517-O

-v-

CITIFINANCIAL EQUITY SERVICES, INC.,
an Oklahoma Corporation;
CITIFINANCIAL MORTGAGE COMPANY, LLC
a Delaware Limited Liability Corporation.
    Defendants

## COMPLAINT

Plaintiff, Lawrence Rumbough, hereby sues Defendants, Citifinancial Equity Services, Inc., an Oklahoma corporation; and Citifinancial Mortgage Company, LLC, a Delaware limited liability company; and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*.

### JURISDICTION AND VENUE

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681(p).

3. Venue is proper in this District pursuant to Fla. Stat. §47.051.

4. This is an action for damages which exceed $15,000.00.

5. Plaintiff, Lawrence Rumbough, is a natural person and is a resident of the State of Florida.

6. Defendant, CITIFINANCIAL EQUITY ("Citifinancial Equity"), is an Oklahoma corporation, authorized to do business in Florida. Defendant, CITIFINANCIAL MORTGAGE COMPANY, LLC ("Citifinancial Mortgage"), is a Delaware limited liability company, authorized to do business in Florida.

7. All conditions precedent to the bringing of this action have been performed, waived or excused.

### FACTUAL ALLEGATIONS

8. On February 15, 2000, Plaintiff obtained a home equity loan from Defendant Citifinancial Equity.

9. Defendant Citifinancial Equity violated provisions of the Truth in Lending Act (TILA) by failing to provide required disclosures and changing the agreed-upon terms of the loan.

10. Thereafter, numerous issues were in dispute regarding the loan between Plaintiff and Defendant Citifinancial Equity.

11. These disputes resulted in a negotiated settlement wherein Plaintiff paid Defendant Citifinancial Equity $5.788.00 on July 30, 2004 and waived his rights to sue for violations of TILA in exchange for the account being indicated as paid in full with no derogatory information on Plaintiff's consumer reports.

12. Defendant Citifinancial Equity reneged on this agreement by repeatedly indicating that the account was settled with some amount written off.

13. Plaintiff has for several years disputed incorrect information that Defendant Citifinancial Equity has reported to the three credit reporting agencies, Equifax, Experian, and Trans Union.

14. Despite dozens of such disputes, Defendant Citifinancial has failed to investigate Plaintiff's disputes and has refused to indicate that the account was in dispute.

15. Defendant Citifinancial Mortgage obtained Plaintiff's consumer reports from consumer reporting agencies Equifax, Experian, and Trans Union on March 23, 2005, September 28, 2005, December 15, 2005, and March 3, 2006, a total of 12 separate reports.

16. Plaintiff never authorized Defendant Citifinancial Mortgage to obtain any of these reports and to his knowledge has never had a relationship of any kind with Defendant Citifinancial Mortgage.

17. Plaintiff contacted Defendant Citifinancial Mortgage several times in August and September 2006 requesting that the inquiries be deleted from his consumer reports. Defendant Citifinancial Mortgage declined to do so and provided no explanation why it had obtained Plaintiff's consumer reports.

18. Plaintiff suspects that there is some connection between his previously having a loan from Defendant Citifinancial Equity and Defendant Citifinancial Mortgage obtaining his consumer reports.

**COUNT I**
**VIOLATION OF FAIR CREDIT REPORTING**
**ACT (FCRA), 15 U.S.C. §1681**
**WILLFUL NON-COMPLIANCE BY DEFENDANTS**

### CITIFINANCIAL EQUITY AND CITFINANCIAL MORTGAGE

19. Paragraphs 1 through 18 are realleged as though fully set forth herein.

20. Defendant Citifinancial Equity is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681(s).

21. Plaintiff contends that Defendant Citifinancial Equity has violated the FCRA by repeatedly and willfully issuing false consumer credit reports concerning the Plaintiff, resulting in credit denials, credit delays, inability to apply for credit, financial loss, loss of use of funds, mental anguish, humiliation, a loss of reputation, and expenditures for attorney's fees and costs.

22. Plaintiff contends that Defendant Citifinancial Mortgage has violated the FCRA by obtaining Plaintiff's consumer reports from consumer reporting agencies under false pretenses or knowingly without a permissible purpose.

WHEREFORE, Plaintiff demands judgment for damages against Defendants Citifinancial Equity and Citifinancial Mortgage for actual or statutory, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681(n).

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: September 27, 2007

Respectfully submitted,

*Lawrence Rumbough*

Lawrence Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859